# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Whitehead, | No. CV-22-00486-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On January 26, 2024, Magistrate Judge Angela M. Martinez issued a Report and Recommendation ("R&R") in which she recommended that the Court remand this matter to the Administrative Law Judge ("ALJ") for further proceedings. (Doc. 21.) Judge Martinez notified the parties they had fourteen days from the date of the R&R to file objections. (*Id.* at 12.) No objections were filed.

If no objections are filed, the district judge is not required to review the magistrate judge's R&R under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the district judge may conduct further review, "*sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed and considered the Complaint (Doc. 1), Answer (Doc. 14), Plaintiff's Opening Brief (Doc. 16), the Commissioner's Response (Doc. 18), Plaintiff's Reply (Doc. 19), and the R&R (Doc. 21). The Court finds the R&R well-reasoned and agrees with Judge Martinez's factual and legal conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED. (Doc. 21.)

IT IS FURTHER ORDERED the Commissioner of Social Security's decision is VACATED and REMANDED for further proceedings in accordance with Judge Martinez's R&R, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 16th day of February, 2024.

_____
John C. Hinderaker
United States District Judge